# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| ANEL FERTILIEN | CIVIL ACTION NO. 09-123 |
| A97923818 | SECTION P |
| VS. | JUDGE MELANÇON |
| MICHAEL MUKASEY, ET AL | MAGISTRATE JUDGE METHVIN |

## REPORT AND RECOMMENDATION

Before the court is a petition for writ of habeas corpus filed on December 12, 2008, by *pro se* petitioner, Anel Fertilien, pursuant to 28 U.S.C. §2241. Petitioner is an immigration detainee in the custody of the Department of Homeland Security/United States Immigration and Customs Enforcement (DHS/ICE). He is presently detained at the Federal Detention Center, Oakdale, Louisiana.

This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. §636 and the standing orders of this court.

## STATEMENT OF THE CASE

By this petition, petitioner seeks review of his custody status. More specifically, Petitioner states that he is a citizen of Haiti and challenges his post-removal-order custody as indefinite. He claims that his removal is not likely to occur in the reasonably foreseeable future. In support of this assertion, the petitioner states that he has cooperated with ICE officials in their efforts to effectuate his removal.

Also pending in this court is another 28 U.S.C.§ 2241 *habeas corpus* action filed by petitioner on December 12, 2008, 2008, in the Western District of Louisiana. See *Fertilien v. Michael Mukasey, et al*, (2:08-cv-2032). Upon review of the petition in 09-cv-123 and the petition in 08-cv-2032, the undersigned finds that these actions raise identical grounds for relief.

This matter would be simplified, and the interest of justice served, if this action (09-cv-123) was closed and plaintiff was allowed to proceed with his claims in 2:08-cv-2032.

Accordingly, **IT IS RECOMMENDED** that civil action 2:09 cv 123 be **DISMISSED AS DUPLICATIVE**.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed.R.Civ.Proc. 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within ten (10) days after being served with a copy thereof.

**Failure to file written objections to the proposed factual finding and/or the proposed legal conclusions reflected in this Report and Recommendation within ten (10) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. See** *Douglas v. United Services Automobile Association,* **79 F.3d 1415 (5th Cir. 1996).**

Signed at Lafayette, Louisiana, on June 17, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)