UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ANEL FERTILIEN<br>A97923818 | CIVIL ACTION NO. 09-123<br>SECTION P |
| VS. | JUDGE MELANÇON |
| MICHAEL MUKASEY, ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that civil action 2:09 cv 123 be **DISMISSED AS DUPLICATIVE**.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 7th day of July, 2009.

_____
**TUCKER L. MELANÇON**
**UNITED STATES DISTRICT JUDGE**